**DISMISS and Opinion Filed May 6, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00972-CV**

**MICHELLE ROSE, Appellant**
**V.**
**BROOKFIELD PROPERTIES, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-04124-D**

**MEMORANDUM OPINION**

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Justice Smith

After appellant failed to timely file her brief, we directed appellant by postcard to file the brief within ten days and cautioned her that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.3(a)(1); 42.3(b),(c).


/Craig Smith/
CRAIG SMITH
JUSTICE

210972F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MICHELLE ROSE, Appellant

No. 05-21-00972-CV          V.

BROOKFIELD PROPERTIES,
Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-21-04124-D.
Opinion delivered by Justice Smith. Chief Justice Burns and Justice Molberg participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered May 6, 2022